FAIRHAVEN WATER CO. v. INMACHUCK DREDGING CO. (Circuit Court of Appeals, Ninth Circuit. May 6, 1918.) No. 3148. In Error to the District Court of the United States for the Second Division of the District of Alaska. Thomas R. White, of San Francisco, Cal., for defendant in error.

PER CURIAM. Ordered, motions of defendant in error to docket cause and for dismissal of writ of error, pursuant to provisions of subdivision 1 of rule 16, granted, and writ of error dismissed.

---

FERGUSON et al. v. BABCOCK LUMBER & LAND CO. (Circuit Court of Appeals, Fourth Circuit. July 8, 1918.) No. 1589. Appeal from the District Court of the United States for the Western District of North Carolina, at Asheville; James E. Boyd, Judge. Mark W. Brown and F. A. Sondley, both of Asheville, N. C.; for appellants. Merrimon, Adams & Johnston, of Asheville, N. C., and John F. Shields, of Philadelphia, Pa., for appellee.

PER CURIAM. Decree of District Court (243 Fed. 623) affirmed. Order allowing appeal to Supreme Court filed.

---

GARRISON v. KURT. (Circuit Court of Appeals, Eighth Circuit. February 28, 1918.) No. 194. Petition to Revise Order of the District Court of the United States for the District of Kansas. E. L. Foulke and Jesse D. Wall, both of Wichita, Kan., for petitioner. R. L. Holmes, Charles G. Yankey, and W. E. Holmes, all of Wichita, Kan., and Charles C. Calkin, of Kingman, Kan., for respondent.

PER CURIAM. Petition to revise dismissed, at costs of petitioner, on the ground that questions raised by the petition are determined on the appeal between the same parties in No. 5018 (249 Fed. 672, ——. C. C. A. ——).

---

G. F. HARVEY CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 16, 1918.) No. 45. In Error to the District Court of the United States for the Northern District of New York. Action by the United States against the G. F. Harvey Company. There was a judgment for the United States, and defendant brings error. Affirmed. Edgar T. Brackett and Benjamin P. Wheat, both of Saratoga Springs, N. Y., for plaintiff in error. D. B. Lucey, U. S. Atty., of Ogdensburg, N. Y. Before WARD and HOUGH, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.

---

JACOBS v. CAPT. J. P. HOLLINGSWORTH, Commander of Company C, 313th United States Infantry, Camp Meade, Md. (Circuit Court of Appeals, Fourth Circuit. May 20, 1918.) No. 1629. Appeal from the District Court of the United States for the District of Maryland. Joseph Hettleman, of Baltimore, Md., for appellant. S. K. Dennis, U. S. Atty., of Baltimore, Md., for appellee.

PER CURIAM. Appeal dismissed under rule 20 (233 Fed. xiii, 146 C. C. A. xiii) per agreement of counsel.

---

LEARY v. GUNNING BOILER & MACHINE CO. THE VIKING. (Circuit Court of Appeals, Fourth Circuit. March 22, 1918.) No: 1596. Appeal from the District Court of the United States for the District of Maryland. John H. Skeen, of Baltimore, Md., for appellant. Walter L. Swink, of Baltimore, Md., for appellee.

PER CURIAM. Appeal dismissed under rule 20 (233 Fed. xiii, 146 C. C. A. xiii) per agreement of counsel.